## CLERK'S MINUTES - SETTLEMENT CONFERENCE

**CASE TITLE:**   Collins v. JB Railroad Contracting, Inc.

**CASE NO:**   3:18-cv-165

**BEFORE:**   Magistrate Judge Alice R. Senechal

**LOCATION:**   Fargo

**DATE:**   November 9, 2018

**TIME:**   9:30 AM

**RECESS:**   4:20 PM

_✓_   CASE SETTLED

_____   CASE DID NOT SETTLE

_____   ANY FOLLOW UP?